FILED

JAN 0 9 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ROSSI, | No. C 05-04054 MJJ |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| US POSTAL SERVICE, | |
| Defendant. | |

Pending before the Court is Defendant United States Postal Service's Motion to Dismiss (Doc. #4). On December 8, 2005, Magistrate Judge Maria-Elena James issued a Report and Recommendation ("R&R") (Doc. #11), wherein she found that because the Federal Tort Claims Act ("FTCA") does not authorize lawsuits against federal agencies such as the United States Postal Service, and because the FTCA does not apply to any claim arising out of the loss, miscarriage, or negligent transmission of postal matter, the Court lacks subject matter jurisdiction over Plaintiff's claim. She therefore recommended that the Court grant Defendant's Motion to Dismiss.

Pursuant to Federal Rule of Civil Procedure 72, after Judge James issued her R&R, Plaintiff had 10 days to serve and file objections to the order. Plaintiff did not object to the R&R.

///

///

///

1  The Court has considered the R&R and agrees with Judge James's reasoning. Accordingly, the
2  Court **ADOPTS** the R&R and **GRANTS** Defendant's Motion to Dismiss (Doc. #4). Plaintiff's
3  Complaint is **DISMISSED WITH PREJUDICE**.
4  **IT IS SO ORDERED.**

6  Dated: 1/9/2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE